# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD.,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSE L. PATINO, individually and dba La Copa De Oro,<br><br>  Defendant. | CASE NO. CV-01-2391 RMT (SHx)<br><br>RENEWAL OF DEFAULT JUDGMENT<br><br>BY CLERK |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant JOSE L. PATINO, individually and dba La Copa De Oro, [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment
```
  a. Total judgment                              $16,500.00
  b. Costs after judgment                        $   -0-
  c. Attorneys fees:                             $   -0-
  d. Subtotal (add a and b)                      $16,500.00
  e. Credits after judgment                      $   -0-
  f. Subtotal (subtract d from c)                $16,500.00
  g. Interest after judgment                     $ 3,861.21
  h. Fee for filing renewal application          $   -0-
  i. Total renewed judgment (add e, 5, and g)    $20,361.21
```

DATED: 02/03/12                CLERK, by Lori Muraoka
                               Deputy Clerk, U.S. District Court

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV-01-2391 RMT (SHx)